# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY GLENN McDOWELL,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendant(s). | 2:13-CV-2236 JCM (VCF) |

**ORDER**

Presently before the court is *pro se* plaintiff Larry Glenn McDowell's motion seeking an extension of time (doc. # 4) to file objections to Magistrate Judge Farenbach's report and recommendation (doc. # 3).

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to extend time (doc. # 4) be, and at the same time hereby is, GRANTED. Plaintiff shall have up to, and including, February 28, 2014, in which to file objections to the report and recommendation.

DATED January 30, 2014.

　　　　　　　　　　　　　　　　　　　　　　　_/s/ James C. Mahan_
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**