UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LARRY GLENN McDOWELL,<br><br>    Plaintiff(s),<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendant(s). | 2:13-CV-2236 JCM (VCF) |

**ORDER**

Presently before the court is *pro se* plaintiff Larry Glenn McDowell's motion to amend. (Doc. # 16). While *pro se* plaintiff requests leave to file an amended complaint, the court has already granted leave to file an amended complaint in this action. (Doc. # 14).

The court reminds plaintiff that even though his pleadings will be construed liberally in light of his status as a *pro se* litigant, he is still obligated to abide by rules of procedure and orders of the court. Nevertheless, the court will grant plaintiff an additional fourteen days to file an amended complaint in this matter.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to amend (doc. # 16) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that plaintiff file an amended complaint correcting for the shortcomings previously identified by the court, (doc. # 14), and Magistrate Judge Ferenbach, (doc. # 3), within fourteen (14) days of the entry of this order. Failure to file an amended complaint within

**James C. Mahan**
**U.S. District Judge**

1  this time may result in dismissal of plaintiff's claims with prejudice.

2  DATED July 9, 2014.

*[signature]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -