# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY GLENN MCDOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA et al.,<br><br>    Defendants. | 2:13-cv-2236-JCM-VCF<br><br>**ORDER** |

**I.  DISCUSSION**

On March 11, 2015, Defendants filed identical motions to refer the case to the inmate early mediation program and for an extension of time for the 90-day stay. (ECF No. 24, 25). The Court entered a screening order on December 18, 2014 and stayed the case for 90 days to give the parties an opportunity to settle their dispute. (ECF No. 20 at 14). The 90-day stay is set to expire on March 18, 2015, but no inmate early mediation has been scheduled. (ECF No. 24 at 2).

The Court grants Plaintiff's motion to refer the case to the inmate early mediation program and to extend the stay. The stay is now extended until 5 days after the scheduled mediation between the parties. Defendants shall file their status report no later than 5 days after the scheduled mediation between the parties.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion to refer case to early mediation conference program (ECF No. 24) is granted.

IT IS FURTHER ORDERED that the motion to extend the 90-day stay (ECF No. 25) is granted. The stay is granted until 5 days after the scheduled mediation between the parties.

IT IS FURTHER ORDERED that Defendants shall file their status report no later than

1  5 days after the scheduled mediation between the parties.

DATED: This __16th__ day of March, 2015.

_____
United States Magistrate Judge