UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| LARRY GLENN MCDOWELL,<br><br>        Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.,*<br><br>        Defendants. | 2:13-cv-02236-JCM-VCF<br>**<u>ORDER</u>** |

Due to a scheduling conflict,

IT IS HEREBY ORDERED that the Inmate Early Mediation Conference scheduled for 9:00 a.m., Friday, July 10, 2015 is VACATED.

DATED this 8th day of July, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE