**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LARRY GLENN MCDOWELL,

    Plaintiff,

v.

STATE OF NEVADA et al.,

    Defendants.

2:13-cv-02236-JCM-VCF

**ORDER**

**I.  DISCUSSION**

On September 18, 2015, the parties engaged in court-appointed mediation and reached a settlement.  (ECF No. 35.)  The settlement documents were due on October 16, 2015.  (*See id.*).  On October 16, 2015, Defendants filed a motion for an extension of time for another 30 days to file the settlement documents.  (ECF No. 37 at 2).  The Court grants the motion for an extension of time.  The settlement documents are due on or before November 16, 2015.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 37) is granted.  The parties shall file the settlement documents on or before November 16, 2015.

DATED: This 19th day of October, 2015.

_____
United States Magistrate Judge